**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| H. Jay Testa | : | Bankruptcy No. |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee the sum of $850.00 per month for sixty (60) months for the total plan funding of $51,000.00.

2. From these payments so received, the Trustee shall make disbursements as follows:

    A. The priority payments required by 11 U.S.C. 507(a):
        Jason M. Rapa, Esquire-attorney's fees as approved by the court

    B. After the above payments, dividends to secured creditors whose claims are duly proved and allowed as follows:
        i. IRS   -   per proof of claim(s)

Post-petition payments will be made outside the plan to Franklin American Mortgage Co. for the Home Mortgage and BMW Financial for the 2008 BMW

    C. Subsequent to (or pro-rata with) dividends to secured creditors, dividends to unsecured creditors whose claims are duly proven and allowed as follows:

        Pro rata to unsecured creditors total 60,870.14.

| | |
|---|---|
| Dated: | /s/ H. Jay Testa_____ |
| | H. Jay Testa |
| Dated: | /s/ Jason M. Rapa, Esquire_____ |
| | Jason M. Rapa, Esquire |
| | Rapa Law Office, P.C. |
| | 141 South 1st Street |
| | Lehighton, PA 18235 |
| | (610) 377-7730 |
| | Fax: (610) 377-7730 |