UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

H. Jay Testa                              :  CHAPTER 13
                                          :  CASE NO. 16-10919

---

## MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7

---

AND NOW, comes the above captioned Debtor, H. Jay Testa, by and

through his counsel and pursuant to 11 U.S.C. 706 (a) and hereby moves to convert

the above captioned Chapter 13 case to a case under 7 of the U.S. Bankruptcy Code

by respectfully stating the following:

1. The Debtor is H. Jay Testa.

2. The Debtor filed for Chapter 13 Bankruptcy on February 12, 2016 and has not
been previously converted under any section of bankruptcy code.

3. After calculation of Debtor's current income and expenses it has been determined that
there is no longer monthly disposable income.

4. The Debtor desires to convert his Chapter 13 to a Chapter 7 Case.

5. The Debtor is eligible to be a Debtor under Chapter 7 of the U.S. Bankruptcy Code.

**WHEREFORE,** Debtor prays for relief under Chapter 7 of the U.S. Bankruptcy Code and

schedule a Creditor's meeting pursuant to that request.

Respectfully submitted,

/s/ Jason M. Rapa
Jason M. Rapa, Esq.
Rapa Law Office, P.C.
Attorney for Debtor
141 S. 1st Street
Lehighton, PA 18235
(610) 377-7730