United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10919-ref
H. Jay Testa                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen           Page 1 of 2           Date Rcvd: Nov 01, 2016
                              Form ID: pdf900          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
```
db          +H. Jay Testa,    12 N Delaware Drive,    Easton, PA 18042-1847
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +BMW Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347
13706793     AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13674049    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13674051    +CBNA,    50 Northwest Point Rd,    Elk Grove Village, IL 60007-1032
13761779     Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13674053    +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13674054    +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
13817593   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: DirectTV,     PO BOX 6550,    Greenwood Village, CO  80155)
13674055    +Deborah J Bauer,    24 Alenandra Way,    Clinton, NJ 08809-2624
13674057    +Estate Information Services, LLC,    DBA EIS Collections,    PO Box 1730,
             Reynoldsburg, OH 43068-8730
13674058    +Franklin American Mortgage Co.,    PO Box 77404,    Ewing, NJ 08628-6404
13773220    +Franklin American Mortgage Company,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13720183    +Franklin American Mortgage Company,    c/o Joshua I. Goldman, Esq.,    701 Market St, Ste 5000,
             Philadelphia, PA 19106-1541
13803857    +IRS,   PO BOX 21129,    PHILA PA 19114
13817595     Internal Revenue Service,    Andover, MA  01810-9041
13674061    +Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
13704428    +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
13674062    +Nationwide Bak,    1 Nationwide Plaza,    Columbus, OH 43215-2239
13688236    +Nationwide Bank,    PO BOX 23356,    Pittsburgh, PA 15222-6356
13688237    +Nationwide Bank,    PO BOX 660173,    Dallas,  TX 75266-0173
13715808    +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13674064    +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13674065    +Santander Bank,    865 Brook St,    Rocky Hill, CT 06067-3444
13674066    +Scott A Flesicher MD,    455 Pennsylvania Ave Suite 105,    Fort Washington, PA 19034-3404
13674071    +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
13674070    +United Consumer Financial,    865 Bassett Rd,    Westlake, OH 44145-1194
13817594    +Verizon,    PO BOX 25505,    Lehigh Valley, PA 18002-5505
13758969     eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Nov 02 2016 02:05:20     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2016 02:05:17
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2016 02:05:21      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2016 02:06:57     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr          +E-mail/Text: bnc@bass-associates.com Nov 02 2016 02:05:05     United Consumer Financial Serv.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
13677605    +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 02 2016 02:06:44
             BMW Bank of North America,    5550 Britton Parkway,    Hilliard, OH 43026-7456
13679736     E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 02 2016 02:06:38
             BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
13758068    +E-mail/Text: bncmail@w-legal.com Nov 02 2016 02:05:20     COMENITY CAPITAL BANK,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13674056     E-mail/Text: mrdiscen@discover.com Nov 02 2016 02:05:08     Discover Financial Services LLC,
             Po Box 15316,    Wilmington, DE 19850
13685740     E-mail/Text: mrdiscen@discover.com Nov 02 2016 02:05:08     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13674059     E-mail/Text: cio.bncmail@irs.gov Nov 02 2016 02:05:09     IRS,    Department of the Treasury,
             Internal Revenue Service,    Ogden, UT 84201
13674060    +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2016 02:05:09      Kohls/Capital One,
             PO Box 3115,    Milwaukee, WI 53201-3115
13674063    +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2016 02:06:58     Navient,    PO Box 9655,
             Wilkes Barre, PA 18773-9655
13772884     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 02:07:05
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13678710     E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2016 02:06:58     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13674067    +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2016 02:07:16     SYNCB/Amazon,    PO Box 965015,
             Orlando, FL 32896-5015
```

```
District/off: 0313-4          User: Cathleen            Page 2 of 2                  Date Rcvd: Nov 01, 2016
                              Form ID: pdf900           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13674068       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2016 02:06:56      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
13674069       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2016 02:06:57      SYNCB/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5036
13715493       +E-mail/Text: n.miller@santander.us Nov 02 2016 02:05:29      Santander Bank, N.A.,
                 601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
13758067       +E-mail/Text: bncmail@w-legal.com Nov 02 2016 02:05:20       USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13706633       +E-mail/Text: bnc@bass-associates.com Nov 02 2016 02:05:05       United Consumer Financial Serv,
                 Bass & Associates, P.C.,     3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13674050          BMW Finance
13674052*        +CBNA,   50 Northwest Point Rd,    Elk Grove Village, IL 60007-1032
13803860*         Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
13674072*        +USAA Savings Bank,    PO Box 47504,   San Antonio, TX 78265-7504
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M. RAPA    on behalf of Debtor H. Jay Testa jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Franklin American Mortgage Company
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    H. Jay Testa                    : CHAPTER 13
                                      : CASE NO. 16-10919

## MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7

AND NOW, comes the above captioned Debtor, H. Jay Testa, by and through his counsel and pursuant to 11 U.S.C. 706 (a) and hereby moves to convert the above captioned Chapter 13 case to a case under 7 of the U.S. Bankruptcy Code by respectfully stating the following:

1. The Debtor is H. Jay Testa.

2. The Debtor filed for Chapter 13 Bankruptcy on February 12, 2016 and has not been previously converted under any section of bankruptcy code.

3. After calculation of Debtor's current income and expenses it has been determined that there is no longer monthly disposable income.

4. The Debtor desires to convert his Chapter 13 to a Chapter 7 Case.

5. The Debtor is eligible to be a Debtor under Chapter 7 of the U.S. Bankruptcy Code.

**WHEREFORE,** Debtor prays for relief under Chapter 7 of the U.S. Bankruptcy Code and schedule a Creditor's meeting pursuant to that request.

                                    Respectfully submitted,

                                    /s/ Jason M. Rapa
                                    Jason M. Rapa, Esq.
                                    Rapa Law Office, P.C.
                                    Attorney for Debtor
                                    141 S. 1st Street
                                    Lehighton, PA 18235
                                    (610) 377-7730