United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10919-ref
H. Jay Testa                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: Cathleen         Page 1 of 2              Date Rcvd: Nov 07, 2016
                           Form ID: 309A          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.

```
db         +H. Jay Testa,    12 N Delaware Drive,    Easton, PA 18042-1847
tr         +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
             Doylestown, PA 18901-4872
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13674051   +CBNA,   50 Northwest Point Rd,    Elk Grove Village, IL 60007-1032
13674055   +Deborah J Bauer,    24 Alenandra Way,    Clinton, NJ 08809-2624
13674057   +Estate Information Services, LLC,    DBA EIS Collections,    PO Box 1730,
             Reynoldsburg, OH 43068-8730
13674058   +Franklin American Mortgage Co.,    PO Box 77404,    Ewing, NJ 08628-6404
13773220   +Franklin American Mortgage Company,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13720183   +Franklin American Mortgage Company,    c/o Joshua I. Goldman, Esq.,    701 Market St, Ste 5000,
             Philadelphia, PA 19106-1541
13803857   +IRS,    PO BOX 21129,    PHILA PA 19114
13817595    Internal Revenue Service,    Andover, MA  01810-9041
13704428   +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
13674062   +Nationwide Bak,    1 Nationwide Plaza,    Columbus, OH 43215-2239
13688236   +Nationwide Bank,    PO BOX 23356,    Pittsburgh, PA 15222-6356
13688237   +Nationwide Bank,    PO Box 660173,    Dallas, TX 75266-0173
13715808   +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13674064   +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13674065   +Santander Bank,    865 Brook St,    Rocky Hill, CT 06067-3444
13674066   +Scott A Flesicher MD,    455 Pennsylvania Ave Suite 105,    Fort Washington, PA 19034-3404
13674070   +United Consumer Financial,    865 Bassett Rd,    Westlake, OH 44145-1194
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: jrapa@rapalegal.com Nov 08 2016 02:21:10     JASON M. RAPA,
             Rapa Law Office, P.C.,    141 S. 1st Street,    Lehighton, PA  18235
smg        +E-mail/Text: robertsl2@dnb.com Nov 08 2016 02:21:43      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2016 02:21:35
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2016 02:21:47      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust         E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 08 2016 02:21:38      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13706793    EDI: BECKLEE.COM Nov 08 2016 02:13:00     AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
             PO BOX 3001,    MALVERN, PA 19355-0701
13674049   +EDI: AMEREXPR.COM Nov 08 2016 02:13:00     American Express,    PO Box 981537,
             El Paso, TX 79998-1537
13677605   +EDI: BMW.COM Nov 08 2016 02:13:00     BMW Bank of North America,    5550 Britton Parkway,
             Hilliard, OH 43026-7456
13679736   +EDI: BMW.COM Nov 08 2016 02:13:00     BMW Financial Services NA, LLC,    P.O. Box 3608,
             Dublin, OH 43016
13758068   +E-mail/Text: bncmail@w-legal.com Nov 08 2016 02:21:42      COMENITY CAPITAL BANK,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13761779    EDI: BL-BECKET.COM Nov 08 2016 02:13:00     Capital One NA,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
13674053   +EDI: CHASE.COM Nov 08 2016 02:13:00     Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13674054   +EDI: CITICORP.COM Nov 08 2016 02:13:00     Citi Cards,    PO Box 6241,
             Sioux Falls, SD 57117-6241
13817593    EDI: DIRECTV.COM Nov 08 2016 02:13:00     DirectTV,    PO BOX 6550,
             Greenwood Village, CO  80155
13674056    EDI: DISCOVER.COM Nov 08 2016 02:13:00     Discover Financial Services LLC,    Po Box 15316,
             Wilmington, DE 19850
13685740    EDI: DISCOVER.COM Nov 08 2016 02:13:00     Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH 43054-3025
13674059    EDI: IRS.COM Nov 08 2016 02:13:00     IRS,    Department of the Treasury,
             Internal Revenue Service,    Ogden, UT 84201
13674060   +EDI: CBSKOHLS.COM Nov 08 2016 02:13:00     Kohls/Capital One,    PO Box 3115,
             Milwaukee, WI 53201-3115
13674061   +EDI: TSYS2.COM Nov 08 2016 02:13:00     Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
13674063   +EDI: NAVIENTFKASMSERV.COM Nov 08 2016 02:13:00     Navient,    PO Box 9655,
             Wilkes Barre, PA 18773-9655
13772884    EDI: PRA.COM Nov 08 2016 02:13:00     Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
13678710    EDI: RECOVERYCORP.COM Nov 08 2016 02:13:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13674067   +EDI: RMSC.COM Nov 08 2016 02:13:00     SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
13674068   +EDI: RMSC.COM Nov 08 2016 02:13:00     SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-4          User: Cathleen               Page 2 of 2                  Date Rcvd: Nov 07, 2016
                              Form ID: 309A                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13674069       +EDI: RMSC.COM Nov 08 2016 02:13:00       SYNCB/Sleepys,    PO Box 965036,    Orlando, FL 32896-5036
13715493       +E-mail/Text: n.miller@santander.us Nov 08 2016 02:21:59      Santander Bank, N.A.,
                 601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
13758067       +E-mail/Text: bncmail@w-legal.com Nov 08 2016 02:21:42       USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13674071       +EDI: USAA.COM Nov 08 2016 02:13:00       USAA Savings Bank,    PO Box 47504,
                 San Antonio, TX 78265-7504
13706633       +EDI: BASSASSOC.COM Nov 08 2016 02:13:00       United Consumer Financial Serv,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,     Tucson, AZ 85712-1083
13817594       +EDI: VERIZONWIRE.COM Nov 08 2016 02:13:00       Verizon,    PO BOX 25505,
                 Lehigh Valley, PA 18002-5505
13758969        EDI: ECAST.COM Nov 08 2016 02:13:00       eCAST Settlement Corporation,     PO Box 29262,
                 New York NY 10087-9262
                                                                                                TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13674050         BMW Finance
13674052*      +CBNA,    50 Northwest Point Rd,    Elk Grove Village, IL 60007-1032
13803860*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA   19101-7346
13674072*      +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
                                                                                  TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
```
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JASON M. RAPA    on behalf of Debtor H. Jay Testa jrapa@rapalegal.com,
           mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Franklin American Mortgage Company
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **H. Jay Testa** | Social Security number or ITIN | xxx–xx–2631 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **2/12/16** |
| Case number: | **16–10919–ref** | Date case converted to chapter **7** | **11/1/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | H. Jay Testa | |
| 2. | **All other names used in the last 8 years** | aka Henry Testa, aka H J Testa, aka Jay H Testa, aka Jay Testa | |
| 3. | **Address** | 12 N Delaware Drive<br>Easton, PA 18042 | |
| 4. | **Debtor's attorney**<br>Name and address | JASON M. RAPA<br>Rapa Law Office, P.C.<br>141 S. 1st Street<br>Lehighton, PA 18235 | Contact phone 610 377–7730<br>Email: jrapa@rapalegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email: mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 11/7/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 1, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/30/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **2**