**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
|    H. JAY TESTA | ) | |
|    a/k/a HENRY TESTA | ) | |
|    a/k/a H. J. TESTA | ) | |
|    a/k/a JAY TESTA | ) | |
|    a/k/a JAY H. TESTA, | ) | |
|                             Debtor | ) | CASE NO. : 16-10919-REF |
| | ) | |
| | ) | **HEARING DATE:** |
| BMW BANK OF NORTH AMERICA, | ) | Thursday, December 29, 2016 |
|                             Movant | ) | 9:30 a.m. |
| | ) | |
|         vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| H. JAY TESTA a/k/a HENRY TESTA a/k/a H. J. | ) | The Madison Building |
| TESTA a/k/a JAY TESTA a/k/a JAY H. TESTA, | ) | Courtroom No. 1 |
|                           Respondent | ) | 400 Washington Street |
|         and | ) | Reading, PA 19601 |
| MICHAEL H. KALINER, | ) | |
|                           Trustee | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

*BMW Bank of North America has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit BMW Bank of North America to Repossess Debtor's Property described as a 2008 BMW 3 Series Convertible 2D 328i, V.I.N. WBAWL13518PX21006.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 21, 2016, you or your attorney must do all of the following:

  (a) file an answer explaining you position at:

United States Bankruptcy Court Clerk
Eastern District of Pennsylvania
The Madison Bldg.
400 Washington, St., Rm. 300
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,
   (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

   *and*

*Michael H. Kaliner, Trustee*
*350 South Main Street*
*Suite 105*
*Doylestown, PA 18901*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

1. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, December 29, 2016 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, The Madison Building, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

2. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

DATE: December 7, 2016