# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| H. JAY TESTA | ) | |
| a/k/a HENRY TESTA | ) | |
| a/k/a H. J. TESTA | ) | |
| a/k/a JAY TESTA | ) | |
| a/k/a JAY H. TESTA, | ) | |
| Debtor | ) | CASE NO. : 16-10919-REF |
| | ) | |
| | ) | |
| BMW BANK OF NORTH AMERICA, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| H. JAY TESTA a/k/a HENRY TESTA a/k/a H. J. | ) | The Madison Building |
| TESTA a/k/a JAY TESTA a/k/a JAY H. TESTA, | ) | Courtroom No. 1 |
| Respondent | ) | 400 Washington Street |
| and | ) | Reading, PA 19601 |
| MICHAEL H. KALINER, | ) | |
| Trustee | ) | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to pursue its in rem remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

**Date: January 3, 2017**

_____
Richard E. Fehling
U.S. BANKRUPTCY JUDGE