United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
H. Jay Testa
    Debtor

Case No. 16-10919-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jan 03, 2017
                 Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
db         +H. Jay Testa,    12 N Delaware Drive,    Easton, PA 18042-1847
cr         +BMW Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2017 01:54:53      Synchrony Bank,
   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
   Miami, FL 33131-1605
cr         +E-mail/Text: bnc@bass-associates.com Jan 04 2017 01:59:16      United Consumer Financial Serv.,
   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
                                                                                                                   TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
       JASON BRETT SCHWARTZ    on behalf of Creditor    BMW Bank of North America
       jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
       JASON M. RAPA    on behalf of Debtor H. Jay Testa jrapa@rapalegal.com,
       mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Franklin American Mortgage Company
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
       MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
       MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
       THOMAS I. PULEO    on behalf of Creditor    Franklin American Mortgage Company
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| H. JAY TESTA | ) | |
| a/k/a HENRY TESTA | ) | |
| a/k/a H. J. TESTA | ) | |
| a/k/a JAY TESTA | ) | |
| a/k/a JAY H. TESTA, | ) | |
| Debtor | ) | CASE NO. : 16-10919-REF |
| _____ | ) | |
| | ) | |
| BMW BANK OF NORTH AMERICA, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| H. JAY TESTA a/k/a HENRY TESTA a/k/a H. J. | ) | The Madison Building |
| TESTA a/k/a JAY TESTA a/k/a JAY H. TESTA, | ) | Courtroom No. 1 |
| Respondent | ) | 400 Washington Street |
| and | ) | Reading, PA 19601 |
| MICHAEL H. KALINER, | ) | |
| Trustee | ) | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to pursue its in rem remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

**Date: January 3, 2017**

_____
Richard E. Fehling
U.S. BANKRUPTCY JUDGE