Certificate Number: 14751-PAE-DE-028586541

Bankruptcy Case Number: 16-10919



14751-PAE-DE-028586541

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2017, at 5:44 o'clock PM PST, Jay Testa completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 7, 2017          By:     /s/AMEY AIONO

                                Name:   AMEY AIONO

                                Title:  Certified Credit Counselor