United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
H. Jay Testa
    Debtor

Case No. 16-10919-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2     Date Rcvd: Feb 03, 2017
Form ID: 318     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.

```
db              +H. Jay Testa,    12 N Delaware Drive,    Easton, PA 18042-1847
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13674051        +CBNA,    50 Northwest Point Rd,    Elk Grove Village, IL 60007-1032
13674055        +Deborah J Bauer,    24 Alenandra Way,    Clinton, NJ 08809-2624
13674057        +Estate Information Services, LLC,    DBA EIS Collections,    PO Box 1730,
                  Reynoldsburg, OH 43068-8730
13674058        +Franklin American Mortgage Co.,    PO Box 77404,    Ewing, NJ 08628-6404
13773220        +Franklin American Mortgage Company,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13720183        +Franklin American Mortgage Company,    c/o Joshua I. Goldman, Esq.,    701 Market St, Ste 5000,
                  Philadelphia, PA 19106-1541
13803857        +IRS,    PO BOX 21129,    PHILA PA 19114
13817595         Internal Revenue Service,    Andover, MA  01810-9041
13704428        +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
13674062        +Nationwide Bak,    1 Nationwide Plaza,    Columbus, OH 43215-2239
13688236        +Nationwide Bank,    PO BOX 23356,    Pittsburgh, PA 15222-6356
13688237        +Nationwide Bank,    PO BOX 660173,    Dallas,  TX 75266-0173
13715808        +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13674064        +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13674065        +Santander Bank,    865 Brook St,    Rocky Hill, CT 06067-3444
13674066        +Scott A Flesicher MD,    455 Pennsylvania Ave Suite 105,    Fort Washington, PA 19034-3404
13674070        +United Consumer Financial,    865 Bassett Rd,    Westlake, OH 44145-1194
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             +E-mail/Text: robertsl2@dnb.com Feb 04 2017 03:43:50      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:20
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2017 03:44:00      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13706793         EDI: BECKLEE.COM Feb 04 2017 03:13:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                  PO BOX 3001,    MALVERN, PA 19355-0701
13674049        +EDI: AMEREXPR.COM Feb 04 2017 03:13:00      American Express,    PO Box 981537,
                  El Paso, TX 79998-1537
13677605        +EDI: BMW.COM Feb 04 2017 03:13:00      BMW Bank of North America,    5550 Britton Parkway,
                  Hilliard, OH 43026-7456
13679736         EDI: BMW.COM Feb 04 2017 03:13:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                  Dublin, OH 43016
13758068        +E-mail/Text: bncmail@w-legal.com Feb 04 2017 03:43:48      COMENITY CAPITAL BANK,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13761779         EDI: BL-BECKET.COM Feb 04 2017 03:13:00      Capital One NA,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
13674053        +EDI: CHASE.COM Feb 04 2017 03:13:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13674054        +EDI: CITICORP.COM Feb 04 2017 03:13:00      Citi Cards,    PO Box 6241,
                  Sioux Falls, SD 57117-6241
13817593         EDI: DIRECTV.COM Feb 04 2017 03:13:00      DirectTV,    PO BOX 6550,
                  Greenwood Village, CO  80155
13674056         EDI: DISCOVER.COM Feb 04 2017 03:13:00      Discover Financial Services LLC,    Po Box 15316,
                  Wilmington, DE 19850
13685740         EDI: DISCOVER.COM Feb 04 2017 03:13:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
13674059         EDI: IRS.COM Feb 04 2017 03:13:00      IRS,    Department of the Treasury,
                  Internal Revenue Service,    Ogden, UT 84201
13674060        +EDI: CBSKOHLS.COM Feb 04 2017 03:13:00      Kohls/Capital One,    PO Box 3115,
                  Milwaukee, WI 53201-3115
13674061        +EDI: TSYS2.COM Feb 04 2017 03:13:00      Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
13674063        +EDI: NAVIENTFKASMSERV.COM Feb 04 2017 03:13:00      Navient,    PO Box 9655,
                  Wilkes Barre, PA 18773-9655
13772884         EDI: PRA.COM Feb 04 2017 03:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13678710         EDI: RECOVERYCORP.COM Feb 04 2017 03:13:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13674067        +EDI: RMSC.COM Feb 04 2017 03:13:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
13674068        +EDI: RMSC.COM Feb 04 2017 03:13:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
13674069        +EDI: RMSC.COM Feb 04 2017 03:13:00      SYNCB/Sleepys,    PO Box 965036,    Orlando, FL 32896-5036
13715493        +E-mail/Text: n.miller@santander.us Feb 04 2017 03:44:54      Santander Bank, N.A.,
                  601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
13758067        +E-mail/Text: bncmail@w-legal.com Feb 04 2017 03:43:48      USAA SAVINGS BANK,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-4          User: admin              Page 2 of 2                  Date Rcvd: Feb 03, 2017
                              Form ID: 318             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13674071        +EDI: USAA.COM Feb 04 2017 03:13:00      USAA Savings Bank,    PO Box 47504,
                 San Antonio, TX 78265-7504
13706633        +EDI: BASSASSOC.COM Feb 04 2017 03:13:00      United Consumer Financial Serv,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
13817594        +EDI: VERIZONWIRE.COM Feb 04 2017 03:13:00      Verizon,   PO BOX 25505,
                 Lehigh Valley, PA 18002-5505
13758969         EDI: ECAST.COM Feb 04 2017 03:13:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13674050          BMW Finance
13674052*       +CBNA,    50 Northwest Point Rd,   Elk Grove Village, IL 60007-1032
13803860*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
13674072*       +USAA Savings Bank,    PO Box 47504,   San Antonio, TX 78265-7504
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JASON M. RAPA    on behalf of Debtor H. Jay Testa jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Franklin American Mortgage Company
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Franklin American Mortgage Company
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **H. Jay Testa** | Social Security number or ITIN **xxx–xx–2631** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16–10919–ref**

# Order of Discharge          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

H. Jay Testa
aka Henry Testa, aka H J Testa, aka Jay H Testa, aka Jay Testa

2/2/17                      **By the court:**  Richard E. Fehling
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**